1
2
3
4
5
6
7
8                            UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11  JOSEPH G. WILEY,                  )            1:05-CV-0308 OWW DLB HC
                                      )
12          Petitioner,              )
                                      )            ORDER GRANTING EXTENSION OF TIME
13      v.                            )            NUNC PRO TUNC
                                      )            (DOCUMENT #7)
14  A. K. SCRIBNER,                   )
                                      )
15                                    )
            Respondent.              )
16  _____)

17          Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section

18  2254. On June 21, 2005, respondent filed a motion to extend time to file his motion to dismiss.  On June

19  21, 2005, respondent submitted his motion to dismiss.    Accordingly, the request for an extension of

20  time is GRANTED nunc pro tunc.

21

22  IT IS SO ORDERED.

23  **Dated:    July 18, 2005**              _____/s/ Dennis L. Beck_____
    ah0l4d                                   UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28