UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH G. WILEY, | ) | 1:05-CV-0308 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER ASSIGNING ACTION TO |
| | ) | MAGISTRATE JUDGE DENNIS L. BECK |
| | ) | |
| | ) | Old case # 1:05-CV-0308 OWW DLB P |
| v. | ) | New case # 1:05-CV-0308 DLB P |
| | ) | |
| A. K. SCRIBNER, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.  It appearing that all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1.   This action is assigned to United States Magistrate Judge DENNIS L. BECK for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case,

1   including the trial and entry of final judgment,

2       2.   The Clerk of the Court is directed to assign this

3   action in its entirety to Magistrate Judge DENNIS L. BECK, and

4       3.   The new case number shall be

5                    **1:05-CV-0308 DLB P**

6   and all future pleadings and/or correspondence must be so numbered.

7   The parties are advised that use of an incorrect case number,

8   including initials, may result in a delay of documents being processed

9   and copies thereof being correctly distributed and received by the

10  appropriate judicial officer.

11  IT IS SO ORDERED.

12  **Dated:    August 1, 2005**              **/s/ Oliver W. Wanger**
13  emm0d6                          UNITED STATES DISTRICT JUDGE

2